# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re: HILDERBRAND, KELSEY § Case No. 14-03529-FPC7
     HILDERBRAND, JENNIFER B §
      §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JEFFREY B EARL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $252,637.00     Assets Exempt: $38,705.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $589,909.55     Claims Discharged Without Payment: $718,199.85

Total Expenses of Administration: $60,090.45

3) Total gross receipts of $ 650,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $650,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,231,533.91 | $1,350,712.97 | $575,048.70 | $575,048.70 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 81,840.45 | 60,090.45 | 60,090.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 93,114.59 | 74,586.33 | 74,586.33 | 14,860.85 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 637,367.78 | 260,741.27 | 260,741.27 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,962,016.28 | $1,767,881.02 | $970,466.75 | $650,000.00 |

4) This case was originally filed under Chapter 7 on September 30, 2014. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2015     By: /s/JEFFREY B EARL
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Building 223 N. Mission, Wenatchee WA | 1110-000 | 650,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$650,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | Foundation Bank | 4110-000 | 950,000.00 | 1,064,374.36 | 569,042.57 | 569,042.57 |
| 26 | Bank of America | 4110-000 | 38,407.94 | 38,561.19 | 0.00 | 0.00 |
| 35 | Bank of America NA | 4110-000 | 243,125.97 | 241,771.29 | 0.00 | 0.00 |
| | Chelan County Treasurer | 4700-000 | N/A | 6,006.13 | 6,006.13 | 6,006.13 |
| **TOTAL SECURED CLAIMS** | | | **$1,231,533.91** | **$1,350,712.97** | **$575,048.70** | **$575,048.70** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jeffrey Earl | 2100-000 | N/A | 35,750.00 | 14,000.00 | 14,000.00 |
| Peoples Bank/High Mtn Repairs | 2420-000 | N/A | 14,634.00 | 14,634.00 | 14,634.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Pioneer Title Co. | 2820-000 | N/A | 11,570.00 | 11,570.00 | 11,570.00 |
| Pioneer Title | 2500-000 | N/A | 1,551.20 | 1,551.20 | 1,551.20 |
| Pioneer Title Co. | 2500-000 | N/A | 1,696.10 | 1,696.10 | 1,696.10 |
| Rabobank, N.A. | 2600-000 | N/A | 19.63 | 19.63 | 19.63 |
| Rabobank, N.A. | 2600-000 | N/A | 65.41 | 65.41 | 65.41 |
| Sage Real Estate Services | 2500-000 | N/A | 5,500.00 | 5,500.00 | 5,500.00 |
| John L. Scott Real Estate | 2500-000 | N/A | 11,000.00 | 11,000.00 | 11,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 54.11 | 54.11 | 54.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $81,840.45 | $60,090.45 | $60,090.45 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | WA Department Of Revenue | 5800-000 | 32,000.00 | 32,904.86 | 32,904.86 | 5,843.77 |
| 7P | IRS | 5800-000 | 47,088.25 | 39,718.18 | 39,718.18 | 7,053.79 |
| 20 | Justin Hope | 5300-000 | 1,937.29 | 1,963.29 | 1,963.29 | 1,963.29 |
| NOTFILED | LABOR AND INDUSTRIES | 5200-000 | 11,788.00 | N/A | N/A | 0.00 |
| NOTFILED | EMPLOYMENT SECURITY DEPARTMENT | 5200-000 | 301.05 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $93,114.59 | $74,586.33 | $74,586.33 | $14,860.85 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Acusport Corporation | 7100-000 | 25,347.42 | 23,264.95 | 23,264.95 | 0.00 |
| 3 | Cordell Neher & Company PLLC | 7100-000 | 1,095.20 | 1,105.08 | 1,105.08 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | NUMERICA CREDIT UNION | 7100-000 | 32,850.45 | 76.50 | 76.50 | 0.00 |
| 5 | Discover Bank | 7100-000 | unknown | 11,615.20 | 11,615.20 | 0.00 |
| 6 | TDJ, INC. dba Christensen Arms | 7100-000 | 30,285.00 | 43,380.00 | 43,380.00 | 0.00 |
| 7U | IRS | 7100-000 | 4,657.08 | 4,090.00 | 4,090.00 | 0.00 |
| 8 | CCC OF NY | 7100-000 | 1,607.41 | 1,607.41 | 1,607.41 | 0.00 |
| 9 | Financial Pacific Leasing Inc | 7100-000 | 8,002.21 | 20,571.35 | 20,571.35 | 0.00 |
| 10 | Financial Pacific Leasing Inc | 7100-000 | 44,521.00 | 27,067.75 | 27,067.75 | 0.00 |
| 11 | PARAMOUNT PAYMENT SYSTEMS | 7100-000 | unknown | 2,800.00 | 2,800.00 | 0.00 |
| 12 | Browne Inc | 7100-000 | N/A | 3,582.00 | 3,582.00 | 0.00 |
| 13 | RSR Group | 7100-000 | N/A | 4,247.31 | 4,247.31 | 0.00 |
| 14 | Ellett Brothers Inc | 7100-000 | 38,518.69 | 38,518.69 | 38,518.69 | 0.00 |
| 15 | Browning | 7100-000 | N/A | 2,895.67 | 2,895.67 | 0.00 |
| 16 | G&H Outdoors | 7100-000 | unknown | 196.37 | 196.37 | 0.00 |
| 17 | Easton Technical Products | 7100-000 | unknown | 8,198.50 | 8,198.50 | 0.00 |
| 18 | BenelliUSA and Stoeger Industries | 7100-000 | 3,420.56 | 10,842.00 | 10,842.00 | 0.00 |
| 19 | Capital One Bank (USA), N.A. | 7100-000 | 16,518.22 | 17,259.29 | 17,259.29 | 0.00 |
| 22 | RSR Group Inc | 7100-000 | 3,676.86 | 3,606.36 | 3,606.36 | 0.00 |
| 23 | The Hunting Shack, Inc. | 7100-000 | 23,518.05 | 17,001.46 | 17,001.46 | 0.00 |
| 24 | American Express Bank, FSB | 7100-000 | N/A | 786.31 | 786.31 | 0.00 |
| 25 | American Express Bank, FSB | 7100-000 | 2,136.27 | 2,221.74 | 2,221.74 | 0.00 |
| 27 | CHELAN COUNTY PUD | 7100-000 | 1,118.25 | 646.68 | 646.68 | 0.00 |
| 28 | Synchrony Bank | 7100-000 | 3,364.11 | 3,578.68 | 3,578.68 | 0.00 |
| 29 | PYOD LLC its successors and assigns | 7100-000 | 599.60 | 696.11 | 696.11 | 0.00 |
| 30 | PYOD LLC its successors and assigns | 7100-000 | 1,389.84 | 1,454.93 | 1,454.93 | 0.00 |
| 31 | Synchrony Bank | 7100-000 | 887.18 | 999.33 | 999.33 | 0.00 |
| 32 | Synchrony Bank | 7100-000 | 2,651.05 | 2,710.20 | 2,710.20 | 0.00 |
| 33 | Synchrony Bank | 7100-000 | 4,792.24 | 4,903.33 | 4,903.33 | 0.00 |
| 34 | Synchrony Bank | 7100-000 | 767.04 | 818.07 | 818.07 | 0.00 |
| NOTFILED | INTERREGIONAL CREDIT SYSTEMS, INC. | 7100-000 | 2,898.00 | N/A | N/A | 0.00 |
| NOTFILED | GUNARAMA WHOLESALE, INC. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HAGADONE DIRECTORIES | 7100-000 | 8,696.21 | N/A | N/A | 0.00 |
| NOTFILED | KENCO EQUIPMENT LEASE CO | 7100-000 | 5,622.62 | N/A | N/A | 0.00 |
| NOTFILED | KTECH DESIGNS, LLC | 7100-000 | 545.22 | N/A | N/A | 0.00 |
| NOTFILED | LARRY MAIN | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | KEYHOLE SECURITY | 7100-000 | 253.11 | N/A | N/A | 0.00 |
| NOTFILED | JEFFERS, DANIELSON, SONN & AYLWARD | 7100-000 | 3,897.34 | N/A | N/A | 0.00 |
| NOTFILED | JOANNE WEBB C/O CHARLES STEINBERG LAW FIRM | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GRAVITY PAYMENTS | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | FARMERS INSURANCE PAYMENT PROCESSING CENTER | 7100-000 | 495.20 | N/A | N/A | 0.00 |
| NOTFILED | FERADYNE OUTDOORS LLC | 7100-000 | 6,508.06 | N/A | N/A | 0.00 |
| NOTFILED | EVERGREEN ACCOUNTING | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ESCALADE ARCHERY | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DUEL GAME CALLS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | EDWARD JONES | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | FLYING ARROW | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FULL CIRCLE FINANCE | 7100-000 | 18,574.28 | N/A | N/A | 0.00 |
| NOTFILED | GRANT COUNTY PUBLIC UTILITY DIST CUSTOMER SERVICE | 7100-000 | 941.79 | N/A | N/A | 0.00 |
| NOTFILED | GREENBERG, GRANT & RICHARDS, INC. | 7100-000 | 3,751.69 | N/A | N/A | 0.00 |
| NOTFILED | GRANT COUNTY POWERNET | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GRANT COUNTY FAIRGROUNDS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GE CAPITAL | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GE CAPITAL | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GROVTEC US, INC. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MORRELL MANUFACTURING, INC. | 7100-000 | 518.10 | N/A | N/A | 0.00 |
| NOTFILED | LAW OFFICE OF J. MICHAEL LOVEJOY, PS | 7100-000 | 13,562.35 | N/A | N/A | 0.00 |
| NOTFILED | STOEGER INDUSTRIES | 7100-000 | 7,421.45 | N/A | N/A | 0.00 |
| NOTFILED | STRIKE KING LURE | 7100-000 | 5,162.17 | N/A | N/A | 0.00 |
| NOTFILED | SPIKE'S TACTICAL, LLC | 7100-000 | 4,840.00 | N/A | N/A | 0.00 |
| NOTFILED | STATE OF WASHINGTON DEPT. OF REVENUE | 7100-000 | 58,769.90 | N/A | N/A | 0.00 |
| NOTFILED | TRAVELERS | 7100-000 | 662.00 | N/A | N/A | 0.00 |
| NOTFILED | SLATER, TENAGLIA, FRITZ & HUNT, PA | 7100-000 | 2,310.22 | N/A | N/A | 0.00 |
| NOTFILED | TSYS MERCHANT SOLUTIONS | 7100-000 | 50.95 | N/A | N/A | 0.00 |
| NOTFILED | WASTE MANAGEMENT OF WENATCHEE | 7100-000 | 722.85 | N/A | N/A | 0.00 |
| NOTFILED | WERKZ LTD. | 7100-000 | 3,741.69 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 488.16 | N/A | N/A | 0.00 |
| NOTFILED | US BANK | 7100-000 | 876.96 | N/A | N/A | 0.00 |
| NOTFILED | SILK SCREEN PRINTERS | 7100-000 | 236.26 | N/A | N/A | 0.00 |
| NOTFILED | U. S . IMPACT, INC. | 7100-000 | 989.81 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | SHELL | 7100-000 | 507.02 | N/A | N/A | 0.00 |
| NOTFILED | SHIMANO AMERICAN CORP ONE HOLLAND | 7100-000 | 2,560.53 | N/A | N/A | 0.00 |
| NOTFILED | NEC FINANCIAL SERVICES | 7100-000 | 1,288.26 | N/A | N/A | 0.00 |
| NOTFILED | NEC FINANCIAL SERVICES, LLC | 7100-000 | 1,584.15 | N/A | N/A | 0.00 |
| NOTFILED | MONEYTREE | 7100-000 | 936.17 | N/A | N/A | 0.00 |
| NOTFILED | DEX MEDIA | 7100-000 | 554.35 | N/A | N/A | 0.00 |
| NOTFILED | NEW YORK LIFE | 7100-000 | 780.24 | N/A | N/A | 0.00 |
| NOTFILED | MATHEWS SOLO CAM | 7100-000 | 2,898.00 | N/A | N/A | 0.00 |
| NOTFILED | NORDSTROM BANK | 7100-000 | 14,549.35 | N/A | N/A | 0.00 |
| NOTFILED | PLOVIE LAW FIRM, PS | 7100-000 | 14,432.03 | N/A | N/A | 0.00 |
| NOTFILED | SCOTT ARCHERY, LLC CLAY CITY | 7100-000 | 1,730.00 | N/A | N/A | 0.00 |
| NOTFILED | PALADIN COMMERCIAL GROUP | 7100-000 | 34,320.00 | N/A | N/A | 0.00 |
| NOTFILED | PATRICK SCHOTT | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | LOCAL TEL | 7100-000 | 1,043.43 | N/A | N/A | 0.00 |
| NOTFILED | NORTHWEST HYDROPRINT | 7100-000 | 618.02 | N/A | N/A | 0.00 |
| NOTFILED | COLLECTION BUREAU OF AMERICA | 7100-000 | 612.53 | N/A | N/A | 0.00 |
| NOTFILED | DEVRIES GLOBAL | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CISCO, INC. | 7100-000 | 2,147.73 | N/A | N/A | 0.00 |
| NOTFILED | CITY OF MOSES LAKE | 7100-000 | 513.80 | N/A | N/A | 0.00 |
| NOTFILED | CHASE CARDMEMBER SERVICE | 7100-000 | 57,799.77 | N/A | N/A | 0.00 |
| NOTFILED | CHRIS FOSTER | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CITY OF WENATCHEE | 7100-000 | 353.98 | N/A | N/A | 0.00 |
| NOTFILED | CHARTER ARMS | 7100-000 | 1,524.00 | N/A | N/A | 0.00 |
| NOTFILED | CLEAN CONNECTION | 7100-000 | 306.00 | N/A | N/A | 0.00 |
| NOTFILED | CONSOLIDATED DISPOSAL SERVICES, INC. | 7100-000 | 276.29 | N/A | N/A | 0.00 |
| NOTFILED | DAVID SPARKS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | COLUMBIA BASIN HERALD | 7100-000 | 11,130.90 | N/A | N/A | 0.00 |
| NOTFILED | CENTURY LINK | 7100-000 | 1,122.70 | N/A | N/A | 0.00 |
| NOTFILED | COFACE COLLECTIONS NORTH AMERICA, INC. | 7100-000 | 2,689.83 | N/A | N/A | 0.00 |
| NOTFILED | CENTRAL WASHINGTON HOSPITAL | 7100-000 | 610.94 | N/A | N/A | 0.00 |
| NOTFILED | ALTUS GLOBAL TRADE SOLUNTIONS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ANDERSON, RANDALL & RICHARDS | 7100-000 | 36,991.07 | N/A | N/A | 0.00 |
| NOTFILED | 4K LIFT SERVICES, INC | 7100-000 | 271.00 | N/A | N/A | 0.00 |
| NOTFILED | ABC COLLECTORS, INC. | 7100-000 | 19,780.52 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | AXION ARCHERY | 7100-000 | 1,305.50 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 14,620.91 | N/A | N/A | 0.00 |
| NOTFILED | CASCADE QUALITY WATER CENTER | 7100-000 | 290.13 | N/A | N/A | 0.00 |
| NOTFILED | CENTRAL BONDED COLLECTORS | 7100-000 | 319.29 | N/A | N/A | 0.00 |
| NOTFILED | BUSINESS LICENSING SERVICE | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| NOTFILED | CASCADE AUTO CENTER | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | DELTA MCKENZIE TARGETS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BRETT & SON, INC. | 7100-000 | 253.22 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $637,367.78 | $260,741.27 | $260,741.27 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-03529-FPC7  
**Case Name:** HILDERBRAND, KELSEY  
HILDERBRAND, JENNIFER B  
**Period Ending:** 12/09/15

**Trustee:** (670180) JEFFREY B EARL  
**Filed (f) or Converted (c):** 09/30/14 (f)  
**§341(a) Meeting Date:** 11/06/14  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence Located at 2635 Indy Lane, Wenatchee, | 213,932.00 | 0.00 | | 0.00 | FA |
| 2 | Building 223 N. Mission, Wenatchee WA | 650,000.00 | 0.00 | | 650,000.00 | FA |
| 3 | Cash | 80.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account- CVB | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Savings Account- CVB | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Household Goods and Furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | Reading Boods and Kids Books<br>     No signed or collectible books | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Family Photos and Decorative Pictures<br>     No signed or collectible art | 25.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Wife and Husband Wedding Rings,Costume Jewelry | 600.00 | 0.00 | | 0.00 | FA |
| 11 | Digital Camera<br>     2 years old with fixed lens | 25.00 | 0.00 | | 0.00 | FA |
| 12 | Firearms and sport equipment<br>     4 bikes ($200), shotgun, pistol, gun safe,  fishing tackle, hunting clothing and supplies, reloading supplies | 1,200.00 | 0.00 | | 0.00 | FA |
| 13 | Life Insurance Policy (Term) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 401K | 800.00 | 0.00 | | 0.00 | FA |
| 15 | LLC Membership, High Mountain Hunting LLC | Unknown | 0.00 | | 0.00 | FA |
| 16 | LLC Membership, Hildercorp LLC<br>     No assets, no value | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2000 Dodge Durango<br>     Not running, needs about $2,500.00 in repairs, has 128,000 miles | 2,500.00 | 0.00 | | 0.00 | FA |
| 18 | 2009 Dodge Ram Pickup<br>     109,000 miles | 21,263.00 | 0.00 | | 0.00 | FA |
| 19 | 2010 Yukon Denali | Unknown | 0.00 | | 0.00 | FA |
| 20 | Travel Trailer | 3,500.00 | 0.00 | | 0.00 | FA |

Printed: 12/09/2015 12:29 PM    V.13.25

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-03529-FPC7  
**Case Name:** HILDERBRAND, KELSEY  
HILDERBRAND, JENNIFER B  
**Period Ending:** 12/09/15

**Trustee:** (670180) JEFFREY B EARL  
**Filed (f) or Converted (c):** 09/30/14 (f)  
**§341(a) Meeting Date:** 11/06/14  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Refrigerator is out and water heater tank leaks | | | | | |
| 21   4 Gold Fish, 8 Chickens, Dog (6 yrs old, spayed) | 12.00 | 0.00 | | 0.00 | FA |
| 21   **Assets**   **Totals** (Excluding unknown values) | **$902,637.00** | **$0.00** | | **$650,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 31, 2015      **Current Projected Date Of Final Report (TFR):**    March 2, 2015 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-03529-FPC7  
**Case Name:** HILDERBRAND, KELSEY  
HILDERBRAND, JENNIFER B  
**Taxpayer ID #:** **-***2521  
**Period Ending:** 12/09/15

**Trustee:** JEFFREY B EARL (670180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $81,007,665.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/18/14 | | Pioneer Title Co. | Proceeds from sale of real property, sale pursuant to court order | | | 45,500.00 | | 45,500.00 |
| | {2} | | Sale proceeds from sale of real property | 650,000.00 | 1110-000 | | | 45,500.00 |
| | | Foundation Bank | Payment of secured lien, first and second mortgages | -569,042.57 | 4110-000 | | | 45,500.00 |
| | | Peoples Bank/High Mtn Repairs | Roof repairs | -14,634.00 | 2420-000 | | | 45,500.00 |
| | | Chelan County Treasurer | 2014 property taxes | -6,006.13 | 4700-000 | | | 45,500.00 |
| | | | State excise tax | -11,570.00 | 2820-000 | | | 45,500.00 |
| | | Pioneer Title | Title insurance | -1,551.20 | 2500-000 | | | 45,500.00 |
| | | | Closing fees, document prep fees, reconveyance, mailing, copies, UCC search | -1,696.10 | 2500-000 | | | 45,500.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.63 | 45,480.37 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 65.41 | 45,414.96 |
| 02/11/15 | 101 | Sage Real Estate Services | Payment in settlement and compromise of any disputed claims pursuant to court order dated 2/10/15 | | 2500-000 | | 5,500.00 | 39,914.96 |
| 02/11/15 | 102 | John L. Scott Real Estate | Payment in settlement and compromise of any disputed claims pursuant to court order dated 2/10/15 | | 2500-000 | | 11,000.00 | 28,914.96 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 54.11 | 28,860.85 |
| 06/03/15 | 103 | Justin Hope | Payment in full as Interim distribution of Claim No. 20 pursuant to bankruptcy court order dated June 2, 2015 | | 5300-000 | | 1,963.29 | 26,897.56 |
| 07/09/15 | 104 | Jeffrey Earl | Dividend paid 100.00% on $14,000.00, Trustee Compensation; Reference: | | 2100-000 | | 14,000.00 | 12,897.56 |
| 07/09/15 | 105 | WA Department Of Revenue | Dividend paid 17.75% on $32,904.86; Claim# 2; Filed: $32,904.86; Reference: 602724408 | | 5800-000 | | 5,843.77 | 7,053.79 |
| 07/09/15 | 106 | IRS | Dividend paid 17.75% on $39,718.18; Claim# 7P; Filed: $39,718.18; Reference: 7517 | | 5800-000 | | 7,053.79 | 0.00 |
| | | | ACCOUNT TOTALS | | | 45,500.00 | 45,500.00 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | Subtotal | | | 45,500.00 | 45,500.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $45,500.00 | $45,500.00 | |

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-03529-FPC7 | **Trustee:** JEFFREY B EARL (670180) |
| **Case Name:** HILDERBRAND, KELSEY | **Bank Name:** Rabobank, N.A. |
| HILDERBRAND, JENNIFER B | **Account:** ******0066 - Checking Account |
| **Taxpayer ID #:** **-***2521 | **Blanket Bond:** $81,007,665.00 (per case limit) |
| **Period Ending:** 12/09/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ******0066** | | 45,500.00 | 45,500.00 | 0.00 |
| | | | | | $45,500.00 | $45,500.00 | $0.00 |

{} Asset reference(s)

Printed: 12/09/2015 12:29 PM    V.13.25